441 A.2d 787

Com. ex. rel. Townsend v. Phillips, III.

Appeal of Connie L. Townsend.

Submitted December 4, 1980. John H. Broujos, for appellant; Linwood B. Phillips, III, appellee, in propria persona, did not file a brief.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

441 A.2d 788

Hogan, Appellant v. State Farm Ins. Co.

Argued September 10, 1981. Donald T. Rogers, for appellant; Joseph J. Musto, for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.